**2013–1639.   State v. Hopings.**
Lucas App. No. L–12–1244. On motion for delayed appeal. Motion denied.

**2013–1650.   State v. Marks.**
Cuyahoga App. No. 99474, 2013-Ohio-3734. On motion for delayed appeal. Motion granted.
    O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2013–1657.   State v. Parson.**
Montgomery App. No. 25123, 2013-Ohio-1069. On motion for delayed appeal. Motion denied.

**2013–1667.   State v. Williams.**
Warren App. No. CA2013–02–011. On motion for delayed appeal. Motion denied.

**2013–1686.   HSBC Mtge. Servs., Inc. v. Ballard.**
Butler App. No. CA2012–12–253. On motion for immediate stay of court of appeals' judgment. Motion denied.

**2013–1768.   Chiro v. Foley.**
Cuyahoga App. No. 99888. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2013–1277.   Walker v. Toledo.**
Lucas App. No. L–12–1056, 2013-Ohio-2809. Discretionary appeals accepted.
    PFEIFER, J., dissents
    O'DONNELL, J., not participating.

**2013–1290.   State v. Nolan.**
Portage App. No. 2012–P–0047, 2013-Ohio-2829.
    PFEIFER, LANZINGER, and FRENCH, JJ., dissent.

**2013–1405.   Hoyle v. DTJ Ents., Inc.**
Summit App. No. 26579, 2013-Ohio-3223
    O'CONNOR, C.J., and LANZINGER, J., dissent.